David C. Wakefield, Esq. Bar #: 185736
Law Offices of David C. Wakefield
10620 Treena Street, Suite 230
San Diego, CA 92131
Telephone: 619.241.7112; Facsimile: 619.342.7755
E-mail: dcw@DMWakeLaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**PACIFIC URBAN RESIDENTIAL LLC; E.A. HARRISON PROPERTIES, INC.; and DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants** | **Case No.: 2:17CV07333- RAO**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ONLY DEFENDANT PACIFIC URBAN RESIDENTIAL LLC <u>WITHOUT</u> PREJUDICE**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)] |

NOTICE is hereby provided by Plaintiffs, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1), that Plaintiffs dismiss without prejudice Only the single Defendant PACIFIC URBAN RESIDENTIAL LLC from Plaintiffs' complaint. This action continues as to the remaining Defendants.

**IT IS SO NOTICED.**

Dated: Novemer 29, 2017

**Law Offices of David C. Wakefield**

/S/ David C. Wakefield________
By: DAVID C. WAKEFIELD, ESQ.
Attorney for Plaintiffs