**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED AFRICAN-ASIAN ABILITIES CLUB; O11 UAAAC MEMBER,

Plaintiffs,

v.

PACIFIC URBAN RESIDENTIAL LLC; E.A. HARRISON PROPERTIES, INC.; AND DOES 1 THROUGH 10, inclusive,

Defendants.

Case No. 2:17-CV-07333-JAK (JPRx)

**ORDER RE JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

JS-6

Upon review of the parties' Stipulation, the Court hereby orders that the Stipulation is GRANTED. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2), Defendants HARRISON PROPERTIES, INC.; THE WILLOWS APARTMENTS, LLC, shall be dismissed with prejudice from Plaintiffs' Complaint and Plaintiffs' Complaint be dismissed with prejudice in its entirety, Case Number 2:17-CV-07333-JAK-JPR.

**IT IS SO ORDERED.**

Dated: March 15, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE